UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA BROWN,

    Plaintiff,

v.                                                         Case No. 11-CV-15508-DT

VHS OF MICHIGAN, INC,

    Defendant.
                                                   /

**ORDER DENYING PLAINTIFF'S
"MOTION TO EXTEND DISCOVERY DEADLINES"**

Before the court is Plaintiff Georgia Brown's Motion to Extend Discovery, filed on September 11, 2012 [Dkt. #14]. In Plaintiff's motion, filed two days before the discovery cut-off ordered in the court's March 13, 2012, Scheduling Order [Dkt. #7], Plaintiff seeks an additional six weeks of discovery time, apparently averring that little discovery, even from Plaintiff, has been concluded "due to unfor[e]seen scheduling conflicts."

Defendant, responding, suggested that the deposition of Plaintiff was, in fact, conducted on May 15, 2012, and that Plaintiff's counsel actively participated. Defendant notes that there has been no notice or other request for the deposition of Defendant's Director of Recruiting, as sought by Plaintiff, and further argues that there would be no relevance in such a person's testimony in any event. [Dkt. # 15]. The court is not persuaded that unusual circumstances or any other good cause has been presented justifying an extension of a generous six-month discovery period, the deadline for which has already passed.

IT IS ORDERED that Plaintiff's "Motion to Extend Discovery Deadlines" [Dkt. #14] is DENIED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DIS-TRICT JUDGE

Dated: September 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 23, 2012, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522