UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGIA M. BROWN,

    Plaintiff,

v.                                          Case No: 11-15508

VHS OF MICHIGAN, INC.,

    Defendant.
_____/

## JUDGMENT

In accord with the court's "Opinion and Order," dated January 9, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, VHS of Michigan, Inc., and against Plaintiff, Georgia M. Brown.

Dated at Detroit, Michigan, this 9th day of January, 2013.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT


                                BY: S/Lisa Wagner
                                   Lisa Wagner, Deputy Clerk
                                   and Case Manager to
                                   Judge Robert H. Cleland